# THE ATTORNEY GENERAL
# OF TEXAS



Gerald C. Mann
JOHN BEN SHEPPERD
ATTORNEY GENERAL

Hon. Geo. H. Sheppard
Comptroller of Public
  Accounts
Austin, Texas

Dear Sir:

Opinion No. O-5045
Re:  Are the members of the Texas
State Guard entitled to a military
poll tax receipt under Article
5840 and Article 5841 of the Re-
vised Civil Statutes of Texas/

Your request for opinion is as follows:

"Please advise this department whether or not
members of the Texas Defense Guard are entitled to a
military poll tax receipt referred to in Articles 5840
and 5841, if the commanding officer files a list with
the tax assessor-collector as required by said articles.
In other words, is the Defense Guard a part of the State
Militia?"

Article 5765, Revised Civil Statutes of Texas,
read as follows:

"The militia of this State shall be divided into
two classes, the active and reserve militia.  The active
militia shall consist of the organized and uniformed
military forces of this State, which shall be known as
the Texas National Guard; the reserve militia shall
consist of all those liable to service in the militia,
but not serving in the Texas National Guard."

Said Article 5765, as amended by House Bill No. 585,
48th Legislature, effective May 12, 1943, in part reads as fol-
lows:

"Article 5765.  Active and Reserve.

"The militia of this State shall be divided into
two classes, the active and reserve militia.  The active
militia shall consist of organized and uniformed military
forces of this State, which shall be known as the Texas
National Guard or the Texas State Guard as the case may
be; the reserve militia shall consist of all those liable
to service in the militia, but not serving in the Texas
National Guard or the Texas State Guard . . .  Whenever
any part of the National Guard of this State is in active
federal service, the governor is hereby authorized to or-
ganize and maintain within this State during such period,
under such regulations as the Secretary of War of the
United States may prescribe for their organization, stand-
ards of training, instruction and discipline, such mili-
tary forces as the governor may deem necessary to defend

the State. . . . Such forces shall be a part of the
<u>active militia</u> and a component part of the military
forces of Texas and shall be additional to and dis-
tinct from the National Guard and shall be known as
the Texas State Guard." (Emphasis ours)

In our opinion No. O-4602, written by Hon. R. W.
Fairchild, Assistant Attorney General, we held as follows:

". . .

"The Texas Defense Guard is designed to take the
place of the Texas National Guard while the latter is
in federal service. During this period, it constitutes
the active militia of Texas. As such, it is designed
to provide the State with an armed force trained and
prepared to resist attack or invasion."

By force of legislative enactment that portion of the
active militia of Texas heretofore known as the Texas Defense
Guard is now designated the "Texas State Guard".

Article 5840, Revised Civil Statutes of Texas, reads
as follows:

"All officers and enlisted men of the active
militia of this State, who comply with their military
duties as prescribed by this chapter, shall be entitled
to exemption from the payment of all poll taxes, except
the poll tax prescribed by the Constitution for the
support of the public schools; exemption from the payment
of any road or street tax, and from any road duty whatso-
ever under the laws of this State, and exemption from
jury service or duty of every character or description."

Article 5841, Revised Civil Statutes of Texas, reads
as follows:

"To entitle any troop, battery, company, signal
corps, or band of the active militia of this State
to the exemption from the payment of poll taxes as
specified in the preceding article, the commanding
officer of such organization shall, between the first
days of January and April of each year, file with the
assessor of taxes for his county a list of all members
of his command who have discharged the military duties
required of them for the preceding year, and who have
been present for at least twenty-four drills or parades,
or have been excused for non-attendance thereon by rea-
son of illness or other necessary cause; such lists
shall be certified to by such commanding officer, and
the persons whose names appear on such lists, shall
not be assessed for any poll taxes whatever, other

Hon. Geo. H. Sheppard, page 3

than the poll tax of $1.00 prescribed by the Constitution for the support of public schools for the current year; and each assessor with whom such lists are filed shall note the exemptions on his assessment roll as set forth in such lists, and furnish such information to all concerned as may be necessary in carrying out the provisions of this article."

You are therefore advised in answer to your question that members of the active militia of Texas, formerly known as "The Texas Defense Guard" and now known as the "Texas State Guard" are entitled to a military poll tax receipt under Articles 5840 and 5841, Revised Civil Statutes of Texas, when the law set forth in said articles has been complied with.

APPROVED MAY 28, 1943
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED: OPINION COMMITTEE
BY:       BWB, CHAIRMAN

GPB:AMM:vb

Yours very truly
ATTORNEY GENERAL OF TEXAS

By /s/ Geo. P. Blackburn
Geo. P. Blackburn, Assistant